## POLLY v. ADAMS et al.

Court of Appeals of Kentucky.

May 8, 1953.

Harry L. Moore and Stephen Combs, Jr., Whitesburg, for movant.

Napier & Napier, Hazard, opposed.

PER CURIAM.

Motion for appeal from a judgment of the Letcher Circuit Court awarding damages in the amount of $2,300 on account of the alleged breach of a lease contract.

The motion for the appeal having been filed subsequent to the effective date, Chapter 24, Acts of 1952, amending KRS 21.080, no opinion is required.

Appeal denied. Judgment affirmed.